**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

 -against-

ERIC ULLOA,
      Defendant.
------------------------------------------------------------X

19 CR. 707 (RMB)

**ORDER**

  The Court will hold a status conference in this case on Monday, September 21, 2020 at 10:30 AM by telephone.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0707

Dated: September 17, 2020
   New York, NY

                _____
                 RICHARD M. BERMAN
                    U.S.D.J.