UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                                          :
                        Government,             :         19 CR. 707 (RMB)
                                                                          :
       - against -                               :         **ORDER**
                                                                          :
ERIC ULLOA,                                                  :
                        Defendant.              :
-----------------------------------------------------------------x

       The Court will hold a status conference in this case on Monday, October 5, 2020 at 9:00 AM by telephone.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0707

Dated: October 1, 2020
       New York, NY

                                                        */s/ Richard M. Berman*
                                                 **RICHARD M. BERMAN**
                                                        U.S.D.J.