UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                19 CR. 707 (RMB)

   -against-

                                                               **ORDER**

ERIC ULLOA,
                Defendant.
------------------------------------------------------------X

      The Court will hold a telephone status conference in this case on Monday, December 14, 2020 at 12:00 PM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0707

Dated: December 9, 2020
       New York, NY

                                                     _____
                                                        RICHARD M. BERMAN
                                                            U.S.D.J.