**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                               19 CR. 707 (RMB)
   -against-
                                                             **ORDER**

ERIC ULLOA,
               Defendant.
------------------------------------------------------------X

      The status conference previously scheduled for Wednesday, March 3, 2021 at 9:00 AM is hereby vacated. The Court will hold a change of plea hearing on Monday, March 15, 2021 at 11:00 AM.

Dated: February 25, 2021
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                         U.S.D.J.