UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                          19 CR. 707 (RMB)

   -against-

                                     **ORDER**

ERIC ULLOA,
                Defendant.
-------------------------------------------------------------X

      The change of plea hearing previously scheduled for Monday, March 15, 2021 at 11:00 AM is hereby rescheduled to 10:30 AM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0707

Dated: March 10, 2021
       New York, NY

                                      _____
                                          RICHARD M. BERMAN
                                                U.S.D.J.