

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 17, 2021

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Eric Ulloa*, 19 Cr. 707 (RMB)

Dear Judge Berman:

    The parties have recently received from the Probation Office the draft Presentence Report ("PSR") as to defendant Eric Ulloa. In order to verify certain information contained in the draft PSR, the Government has requested that the Probation Office share with the Government the criminal history and court records on which it relied in preparing the draft PSR. The Probation Office has advised that it requires the Court's authorization to share those records with the parties. Accordingly, the Government respectfully requests that the Court so-order this letter, thereby authorizing the Probation Office to share the requested records.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Jacob R. Fiddelman
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-1024 / 2486

Application granted.

SO ORDERED:
Date: 5/25/21
Richard M. Berman, U.S.D.J.

cc:    Jeffrey Cohn, Esq.