**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

   -against-

ERIC ULLOA,
                    Defendant.
------------------------------------------------------------X

19 CR. 707 (RMB)

**ORDER**

The sentencing proceeding scheduled for Tuesday, December 14, 2021 at 11:30 AM will take place in Courtroom 17B.

Dated: December 9, 2021
       New York, NY

                                            *Richard M. Berman*
                                            RICHARD M. BERMAN
                                            U.S.D.J.